# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

CAROLYN URGENT,                          )
                                                  )
                                                  )
                          Plaintiffs,          )          CIVIL NO. 2006/0105
v.                                       )
                                                  )
                                                  )
HOVENSA, LLC,                            )
                                                  )
                          Defendant.           )
_____  )

## ORDER

FINCH, J.

       THIS MATTER comes before the Court on a Motion to Dismiss filed by Defendant,

Hovensa, LLC.  After careful consideration and for the reasons stated in the accompanying

Memorandum Opinion, it is hereby

       **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**.  It is further

       **ORDERED** that Plaintiff's case is **DISMISSED**.

       **ENTERED this 2nd day of October, 2008.**

                                                 _____/s/_____
                                               **HONORABLE RAYMOND L. FINCH**
                                               **U.S. SENIOR DISTRICT JUDGE**